UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RYAN KIRK,

                Plaintiff,

-against-                                    23 **CIVIL** 7441 (CS)

**JUDGMENT**

MOUNT VERNON CITY SCHOOL DISTRICT,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 13, 2024, Defendant's motion to dismiss is GRANTED. Plaintiff's ADA discrimination and retaliation claims are dismissed with prejudice. Plaintiff's NYSHRL discrimination and retaliation claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      August 13, 2024

                                                  **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                **BY:**

                                         **Deputy Clerk**